# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| TEXTRON FINANCIAL CORPORATION, | Civil No. 09-1325 (JRT/RLE) |
| Plaintiff, | |
| v. | **ORDER** |
| MINNESOTA HOME ZONE, INC. AND JOEL A. BARRICK, | |
| Defendants. | |

---

Jeffrey W. Jones, **FABYANSKI, WESTRA, HART & THOMSON, PA,** 800 LaSalle Avenue, Suite 1900, Minneapolis, MN 55402**,** for plaintiff.

This matter is before the Court on the motion of the Plaintiff, Textron Financial Corporation ("Textron"), for entry of default judgment against Defendants Minnesota Home Zone, Inc., a Minnesota corporation, and Joel A. Barrick, a Minnesota resident (collectively, "Defendants"), based upon the memorandum, affidavit and arguments of counsel, and upon all the files, records and proceedings herein,

**IT IS HEREBY ORDERED THAT** Default judgment is entered in favor of Plaintiff Textron and against Defendants, jointly and severally, in the amount of $201,079.62, plus $585.40 in costs and disbursements and $8,830.40 in attorneys' fees pursuant to Paragraph 11 of the Security Agreement.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 9, 2009
at Minneapolis, Minnesota

        s/John R. Tunheim
         JOHN R. TUNHEIM
      United States District Judge